United States District Court
Southern District of Texas
**ENTERED**
December 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 7:22-CR-1311-1 & 2 |
| § | |
| OSAMA BACHIR NAHAS and § | |
| ISABEL MORENO PRUNEDA § | |
| § | |

## ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for December 17, 2024) is hereby reset for sentencing on February 10, 2025, at 10:00 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas, granting Dkt. No. 170, 171.

SO ORDERED December 16, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge