UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 7:22-CR-1311-1 & 2 |
| | § | |
| OSAMA BACHIR NAHAS and | § | |
| ISABEL MORENO PRUNEDA | § | |

### ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for September 4, 2025) is hereby reset for sentencing on October 20, 2025, at 10:00 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas, granting Dkt. No. 197.

SO ORDERED September 2, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge