United States District Court
Southern District of Texas
**ENTERED**
December 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. 7:22-CR-1311-1 & 2 |
| | § | |
| OSAMA BACHIR NAHAS and | § | |
| ISABEL MORENO PRUNEDA | § | |

### ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for December 16, 2025) is hereby reset for sentencing on January 13, 2026, at 10:00 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas, granting Dkt. No. 204.

SO ORDERED December 15, 2025, at McAllen, Texas.

*[Signature: Randy Crane]*
Randy Crane
Chief United States District Judge